**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| KHAMRAJ LALL, | : | |
| Petitioner, | : | Civ. No. 22-6036 (GC) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | **MEMORANDUM & ORDER** |
| Respondent. | : | |

**CASTNER, District Judge**

Petitioner, Khamraj Lall ("Petitioner" or "Lall"), is a federal prisoner proceeding through counsel with a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. Presently pending before this Court is Petitioner's counsel's Motion to Withdraw as Petitioner's counsel of record (*see* ECF 21) along with Petitioner's Motion for Clarification of this Court's January 25, 2023 Memorandum and Order. (*See* ECF 26).

Out of an abundance of caution, this Court previously ordered Petitioner's counsel to try and communicate with Petitioner and provide this Court with a status update. (*See* ECF 24). On February 7, 2023, Petitioner's counsel indicated that it tried to communicate with Petitioner to no avail. (*See* ECF 28). Furthermore, on February 8, 2023, this Court received Petitioner's *pro se* reply in support of his § 2255 motion. Accordingly, Petitioner's counsel's Motion to Withdrawal will be granted and Petitioner shall proceed *pro se*.

Petitioner has also filed a Motion for Clarification from this Court's January 25, 2023 Memorandum and Order. (*See* ECF 26). More specifically, Petitioner seeks to have this Court invoke jurisdiction over a fee dispute between Petitioner and his now former § 2255 counsel.

However, given that Petitioner is seeking collateral relief from his federal conviction under § 2255 in this case, this § 2255 action is not the proper avenue for Petitioner to seek any type of relief from a fee dispute between him and his now prior counsel. *See Coady v. Vaughn*, 251 F.3d 480, 485 (3d Cir. 2001) (noting that Section 2255 is limited to challenges to the validity of a Petitioner's sentence). Accordingly, the Motion for Clarification will be denied. Petitioner's § 2255 motion will be decided in due course.

Therefore, IT IS on this 15th day of February, 2023,

ORDERED that Petitioner's counsel's Motion to Withdraw as Petitioner's attorney (ECF 21) is granted; the law firm of Mintz & Gold LLP, Barry M. Kazan, Esq. and Charles A. Ross, Esq. are permitted to withdraw as Petitioner's counsel of record; and it is further

ORDERED that Petitioner shall proceed *pro se* in this action moving forward; and it is further

ORDERED that the Clerk shall mark Petitioner's address of record as the following: Khamraj Lall, Reg. No. 44899-069, USP Canaan, U.S. Penitentiary, Satellite Camp, P.O. Box 200, Waymart, PA 18472; and it is further

ORDERED that Petitioner's Motion for Clarification (ECF 26) is denied; and it is further

ORDERED that Petitioner's previous counsel of record shall serve a copy of this Memorandum and Order on Petitioner within seven (7) days; and it is further

ORDERED that the Clerk shall also serve a copy of this Memorandum and Order on *pro se* Petitioner by regular U.S. mail.

*[signature]*
GEORGETTE CASTNER
United States District Judge