**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KHAMRAJ LALL, | |
| Petitioner, | Civ. No. 22-6036 (GC) |
| v. | |
| UNITED STATES OF AMERICA, | **MEMORANDUM & ORDER** |
| Respondent. | |

Petitioner, Khamraj Lall ("Petitioner" or "Lall"), is a federal prisoner proceeding with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Petitioner has filed a letter request seeking bail while his § 2255 motion is pending. (*See* ECF 34). Respondent shall be ordered to file a response to Petitioner's bail request.

Accordingly, IT IS on this 3rd day of January, 2024,

ORDERED that Respondent shall file a response to Petitioner's letter request for bail (ECF 34) within seven (7) days of the date of this Memorandum and Order; and it is further

ORDERED that Petitioner may file a reply in support of his bail request within seven (7) days after Respondent files its response to the bail request; and it is further

ORDERED that the Clerk shall serve this Memorandum and Order on Petitioner by regular U.S. mail.

*Georgette Castner*
GEORGETTE CASTNER
United States District Judge